IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR218-14 |
| | ) | |
| CLIFTON FOSTER | ) | |

ORDER

The Defendant Clifton Foster filed a Motion to Travel outside the Southern District of Georgia (634). Specifically, the Defendant seeks permission to travel to both Columbia, South Carolina and Winston-Salem, North Carolina on March 2, 2019. After Consideration, the Motion is hereby GRANTED. The Defendant shall be allowed to travel outside of the Southern District of Georgia from March 2, 2019 – March 3, 2019.

So ORDERED, this 28 day of February, 2019.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA