# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

**NOTICE**

V.

CLIFTON FOSTER

CASE NUMBER: CR218-14

| TYPE OF CASE: | ☐ CIVIL | ☒ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA |
|---|---|
| ROOM NO. | Courtroom 1 |
| DATE AND TIME | 05/14/2019 at 1:30 pm |

TYPE OF PROCEEDING

Sentencing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
|  |  |  |

Scott L. Poff
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

04/17/2019
DATE

s/ Whitney Sharp
(BY) DEPUTY CLERK

Phone No. 912-658-6667

To
Keith Higgins
Greg Gilluly
Matthew Josephson
USMS
USPO
CSO's